UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA DESAUTELS, *et al.,*

        Plaintiffs,                              Case No. 03-72922

v.                                                    Hon. John Corbett O'Meara

OFFICER WILLIAM WILKE, *et al.,*

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Before the court are four motions for summary judgment filed by Defendants. This matter was fully briefed and the court heard oral argument on September 22, 2005. For the reasons stated on the record, Defendants' motions are granted.

Accordingly, IT IS HEREBY ORDERED that Defendant Kevin Howell's June 1, 2005 motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that the City of Auburn Hills, Joan Badalucco, and Scott Edwards' June 1, 2005 motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that William Wilke and Denise Wilke's June 2, 2005 motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that Jeff Dolsen's July 7, 2005 motion for summary judgment is GRANTED.

                                                 s/John Corbett O'Meara
                                                 John Corbett O'Meara
                                                 United States District Judge

Dated: November 29, 2005